## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ANGELA MARIE LADD                                                    PLAINTIFF

v.                                      No. 2:13–CV–015–DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                       DEFENDANT

### JUDGMENT

The Court affirms the Commissioner's decision and dismisses Ladd's

complaint with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

18 February 2014