IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANGELA MARIE LADD                                                       PLAINTIFF

v.                        No. 2:13–CV–015–DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                               DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Ladd's complaint with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 February 2014